No. 4326.—Pueblo, apldo., *v.* Soto et als., apltes.—C. D. Aguadilla. ▇▇▇▇▇▇▇ Marzo 6, 1931.

(Por la corte, a propuesta del Juez Asociado Señor Aldrey.)

No ha lugar a la petición de Félix Soto Román y de Nicolás Crespo Romero para que reconsideremos nuestra resolución desestimando sus apelaciones, tanto más cuanto que habiendo tenido que examinar la prueba en este caso para resolver la apelación de Pedro González González, estamos convencidos de que existe prueba suficiente para la condena de los peticionarios.

No. 4377.—Pueblo, apldo., *v.* Blanco, aplte.—C. D. Guayama. ▇▇▇▇▇▇▇▇▇▇▇▇▇ Marzo 11, 1931.

Examinados los autos del presente caso, por los motivos consignados en la opinión emitida por este tribunal con fecha 19 de diciembre de 1930, en el caso de *El Pueblo de Puerto Rico*, demandante y apelado, *v. Joaquín Zayas*, acusado y apelante (ante, pág. 646), se revoca la sentencia apelada que dictó la Corte de Distrito de Guayama con fecha 10 de diciembre de 1930.

Los Jueces Presidente Señor del Toro y Asociado Señor Aldrey, disintieron.